**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**BARBARA PETTY**                                                           **PLAINTIFF**

**V.**                                                       **NO. 4:15-CV-00056-DMB-JMV**

**HESTIA HOLDINGS, LLC d/b/a**
**GARFIELD'S RESTAURANT AND PUB**                           **DEFENDANT**

**ORDER DISMISSING CASE**
**BY REASON OF SETTLEMENT**

The Court has been advised that this action has been settled, or is in the process of being settled. Therefore, it is unnecessary that the case remain upon the calendar of the Court. Accordingly, this action is **DISMISSED without prejudice**. The Court retains complete jurisdiction to vacate this Order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

**SO ORDERED**, this 2nd day of September, 2016.

                                                                            **/s/ Debra M. Brown**
                                                                            **UNITED STATES DISTRICT JUDGE**